# Exhibit A

## TITLES OF BACKGROUND INSTRUMENTAL SCORE FOR
### *"DON DINERO – SU VIDA Y LA CALLE"*

1. Guitar Solo #1
2. Piano RA
3. Party #1
4. Gangsta
5. War
6. Primo Lay Back
7. YELL
8. Russia
9. EM
10. Guitar Solo #2
11. Set Trip
12. Latin Poppin
13. Party #2

Exhibit "B"

**Playlist of the Background Instrumental Score on the DVD**
***"DON DINERO – SU VIDA Y LA CALLE"***

| Time | Song |
|---|---|
| 00:59 | Guitar Solo #1 |
| 02:08 | Piano RA |
| 04:59 | Party #1 |
| 06:11 | Gangsta |
| 07:13 | War |
| 08:26 | Primo Lay Back |
| 10:24 | YELL |
| 17:54 | Russia |
| 19:15 | EM |
| 20:45 | Piano RA |
| 21:59 | Gangsta |
| 22:18 | Guitar Solo #2 |
| 28:29 | Set Trip |
| 36:03 | Guitar Solo #1 |
| 37:30 | Set Trip |
| 38:59 | Set Trip |
| 39:49 | Primo Layback |
| 41:20 | Latin Poppin |
| 42:59 | Piano RA |
| 43:31 | Piano RA |
| 44:25 | Piano RA |
| 45:50 | Piano RA |
| 47:10 | Party #1 |
| 48:44 | Party #2 |
| 54:17 | Primo Layback |
| 57:08 | Guitar Solo #2 |
| 59:25 | Set Trip |
| 59:40 | Latin Poppin |
| 1:00:27 | Guitar Solo #1 |
| 1:01:34 | Piano RA |
| 1:09:44 | Gangsta |
| 1:11:23 | Piano RA |
| 1:17:53 | Gangsta |
| 1:18:00 | CREDITS listing Jose Ortiz p/k/a "JAO" |

Exhibit "C"

U.S. Copyright Office - Search Records Results                                        http://www.loc.gov/cgi-bin/formprocessor/copyright/locis.pl

 **Search Records Results**

(Combined Search)
**Search For:** TITL/SU VIDA Y LA CALLE
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

1. Registration Number: PA-1-289-403
                 Title: Su vida y la calle.
                  Note: Cataloged from appl. only.
                        Music (collection)
              Claimant: acJose Ortiz , 1969- (acJao, pseud.)
               Created: 2003
             Published: 1Feb03
            Registered: 3Aug05
         Special Codes: 3/M

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000