INDEX #: 07 CIV 3897
Date Filed: May 18, 2007
Court Date: _____

**UNITED STATES DISTRICT COURT**
COUNTY OF
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: GARY ADELMAN ESQ.   Barton Barton & Plotkin, LLP   PH: 212-687-6262
Address: 420 Lexington Avenue, 18th Floor NEW YORK NY 10170   File No.:

*JOSE ORTIZ*

vs

*GUITIAN BROTHERS MUSIC INC., ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF Florida, COUNTY OF Palm Beach, SS.:

**AFFIDAVIT OF SERVICE**

Edward Orenstein, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in Florida State. On May 29, 2007 at 7:20PM, at 662 SOUTH EAST 6TH PLACE, HIALEAH, FL 33010, deponent served the within CIVIL COVER SHEET, SUMMONS, VERIFIED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ELECTRONIC CASE FILING & GUIDELINES FOR ELECTRONIC CASE FILINGS

on: OSCAR GUITIAN, Defendant therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to ALEX LOPEZ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** [X] On May 30, 2007, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Florida and Certified Mail # ___

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Male  Color of skin: White  Color of hair: Black  Age: 40 - 50 Yrs.  Height: 5'4" - 5'8"
Weight: 161 - 200 Lbs.  Other Features: ___

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the face of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on May 30, 2007

Edward Orenstein
Server's Lic #
Invoice/Work Order # 07013755

SHERI ARCHAMBAULT
Comm# DD0221896
Expires 8/1/2007
Florida Notary Assn., Inc

SPS- ___ 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM