INDEX NO: 07 CIV 3897
FILED ON: May 18, 2007

UNITED STATES DISTRICT COURT
COUNTY OF
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: GARY ADELMAN ESQ.    Barton Barton & Plotkin, LLP    PH: 212-687-6262
Address:    420 Lexington Avenue, 18th Floor NEW YORK NY 10170    File No.:

*JOSE ORTIZ*

vs                                                                                                Plaintiff(s)

*GUITIAN BROTHERS MUSIC INC., ET AL*

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Steven Avery_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 30, 2007___, at ___11:50am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed CIVIL COVER SHEET, SUMMONS, VERIFIED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ELECTRONIC CASE FILING & GUIDELINES FOR ELECTRONIC CASE FILINGS, on

UNIVERSAL MUSIC GROUP DISTRIBUTION CORP. S/H/A UNIVERSAL MUSIC GROUP DISTRIBUTION INC.

Defendant in this action, by delivering to and leaving with ___DONNA CHRISTIE___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by    ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____

☐ Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __35__  Approx. weight: __140__  Approx. Ht.: __5'5"__
Sex: __FEMALE__  Color of skin: __WHITE__  Color of hair: __BLONDE__  Other: _____

Sworn to before me on    May 31, 2007

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE5067464, Westchester County
Commission Expires Oct. 15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 07013754

SPS-401 B'WAY- STE.1201, NY, NY 10013; PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM