Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JOSE ORTIZ p/k/a JAO,

                Plaintiff,     :     Case No. 07 CV 3897 (RWS)

          - against -

GUITIAN BROTHERS MUSIC INC., OSCAR     **RULE 7.1 STATEMENT**
GUITIAN, and UNIVERSAL MUSIC GROUP
DISTRIBUTION, INC.,

                Defendants.

------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Universal Music Group Distribution Corp., named incorrectly herein as Universal Music Group Distribution, Inc. (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      1.     Universal Music Group Distribution Corporation ("UMGDC") is wholly owned by PolyGram Holding, Inc. a Delaware corporation.

2. Vivendi Universal S.A., a publicly held French company, and Matsushita Electric Industrial Co., Ltd., a publicly held Japanese company, are indirect, ultimate parents of UMGDC.

Dated: July 25, 2007

LOEB & LOEB LLP

By: _____
Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

NY663128.1
666666-33333