Gary Adelman (GA7138)
BARTON BARTON & PLOTKIN, LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Phone: (212) 687-6262
Fax:   (212) 687-3667
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ORTIZ p/k/a JAO

                              Plaintiff,

               -against-

GUITIAN BROTHERS MUSIC INC., OSCAR
GUITIAN, and UNIVERSAL MUSIC GROUP
DISTRIBUTION, INC.

                            Defendant(s).
-------------------------------------------------------------X

07 CV 3897
(RWS)

ECF CASE

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P 26(a)(1), the Plaintiff JOSE ORTIZ p/k/a JAO (hereinafter the "Plaintiff"), by and through its counsel, sets forth its initial disclosures ("Initial Disclosures") as follows:

Plaintiff makes these Initial Disclosures based on its current knowledge, recognizing that its investigations are continuing. By making these Initial Disclosures, Plaintiff does not represent that he is identifying every document, tangible thing, or witness potentially relevant to this Action. Plaintiff submits these Initial Disclosures subject to the understanding that they will not limit Plaintiff's discovery in this Action or Plaintiff's right to supplement or amend these Initial Disclosures in the future. Finally, Plaintiff does not waive his right to object to the production of any particular document pertaining to the Initial Disclosures herein on any basis, including without limitation

attorney-client privilege, work product, relevancy, materiality, undue burden, hearsay or any other relevant objection to its discoverability or use as evidence.

    A.    The following are the names and addresses, to the extent known, of each individual likely to have discoverable information that Plaintiff may use to support his claims or defenses.

        1.    Oscar Guitian
              662 SE 6th Place
              Hialeah, FL 33010

        2.    A representative from Guitian Brothers Music, Inc.
              8051 N.W. 36 Street,
              Doral, FL 33166

        3.    A representative from Universal Music Group Distribution Corp.
              c/o Jeff Schwartz
              10 Universal City Plaza
              Universal City, CA 91608

        4.    Jose Ortiz p/k/a Jao
              520 West 151st Street, Apt. 3B
              New York, NY 10031

    B.    The following is a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the Plaintiff that the Plaintiff may use to support their defenses.

        1.    Exhibits attached to the Plaintiff's Complaint.

        2.    A copy of the DVD "Su Vida y la Calle."

        3.    Other documents that may become known as discovery in this case proceeds.

    C.    The following is a computation of damages that the Plaintiff claims:

2

Plaintiff does not have a computation at this time, because the information that would allow computation is exclusively in the Defendants' possession. Plaintiff reserves the right to supplement this response as discovery proceeds.

D.  To Plaintiff's knowledge there is no insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: New York, New York
       August 14, 2007

BARTON, BARTON & PLOTKIN, LLP

By: _____
    Gary Adelman
    *Attorneys for Plaintiff*
    420 Lexington Avenue, 18th Floor
    New York, NY 10170
    Tel: 212.687.6262
    Fax: 212.687.3667

TO:
Barry I. Slotnick
Loeb & Loeb LLP
*Attorneys for Defendant*
*Universal Music Group Distribution, Corp.*
345 Park Avenue
New York, NY 10154
Tel.:(212) 407-4000

Oscar Guitian
662 SE 6th Place
Hialeah, FL 33010

Guitian Brothers Music, Inc.
8051 N.W. 36 Street
Doral, FL 33166

3