UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL DIVISION

JOSE ORTIZ p/k/a JAO,

    Plaintiff,

vs.

GUITIAN BROTHERS MUSIC, INC., OSCAR GUITIAN, and UNIVERSAL MUSIC GROUP DISTRIBUTION, INC.,

    Defendants.
_____/

CASE NO. 07-CIV-3897

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of SANDRA HOYOS, ESQ., counsel for Defendants OSCAR GUITIAN and GUITIAN BROTHERS MUSIC:

**IT IS HEREBY ORDERED AND ADJUDGED**, that:

SANDRA HOYOS, ESQ.
HOYOS & ASSOCIATES, LLC
1825 Ponce de Leon Boulevard, No. 238
Coral Gables, Florida 33134

is admitted to practice pro hac vice as counsel for Co-Defendants, Guitian Brothers Music, Inc. and Oscar Guitian, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

**DONE AND ORDERED**, in Chambers, on this 16th day of October, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE