UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Ortiz,

-v.-

Guiton Brothers Music
------------------------------------------------------------X

07 Civ. 3897 (RWS)

Please be advised that the ~~conference~~ Pto scheduled

for Feb 27, 08 has been rescheduled to

March 19, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
12-12-07

_____
ROBERT W. SWEET
United States District Judge