

Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSE ORTIZ p/k/a JAO,

           Plaintiffs,

   -against-

GUITIAN BROTHERS MUSIC INC., OSCAR GUITIAN,
and UNIVERSAL MUSIC GROUP DISTRIBUTION,
INC.,

           Defendants.
----------------------------------------X

07 Civ 3897 (RWS)

CONSENT TO
CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT, Robinson Brog Leinwand Greene Genovese & Gluck PC, with offices at 1345 Avenue of the Americas, New York, New York 10105, Tel: (212) 603-6300, be substituted as attorneys of record for plaintiff in place and stead of the undersigned attorney(s) as of the date hereof.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
December __, 2007

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC

By: _____
    Gary Adelman
New Attorneys for plaintiff
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300
Fax: (212) 956-21634

_____
Jose Ortiz p/k/a Jao

BARTON, BARTON & PLOTKIN, LLP

By: _____
    Roger Barton
Former Attorney for plaintiff
420 Lexington Avenue, 18th Floor
New York, New York 10170
Tel: (212) 885-8816
Fax: (212) 687-3667

SO ORDERED:

_____
Sweet
U.S.D.J.
1-14-08