Daniel Zohny (DZ7311)
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105
Tel: 212.603.6300
Fax: 212.956.2164
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE ORTIZ p/k/a JAO

                             Plaintiff,

-against-

GUITIAN BROTHERS MUSIC INC., OSCAR
GUITIAN, and UNIVERSAL MUSIC GROUP
DISTRIBUTION, INC.

                             Defendant(s).
-------------------------------------------------------------------X

07 CV 3897
(RWS)

ECF CASE

**NOTICE OF MOTION**

**C O U N S E L**:

       **PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Daniel Zohny, dated January 30, 2008, the exhibits attached thereto, and all the pleadings and proceedings heretofore had herein, Plaintiff Jao Ortiz p/k/a Jao, shall move this Court before the Honorable Robert W. Sweet on the 20th day of February, 2008, at the United States Courthouse located at 500 Pearl Street, New York, New York, at 12:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, for the entry of a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendants Guitian Brothers Music, Inc. and Oscar Guitian awarding the plaintiff a permanent injunction, monetary damages in an amount to be determined by the Court, costs and disbursement, including reasonable attorneys' fees, in an amount to be

{00372681.DOC;1}

determined by the Court, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 6.1 (b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, are required to be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
      January 31, 2008

                Respectfully submitted,

                ROBINSON BROG LEINWAND GREENE
                GENOVESE & GLUCK, P.C.

      By: _____
            Daniel Zohny (DZ7311)
            *Attorneys for the Plaintiff*
            1345 Avenue of the Americas
            31st Floor
            New York, NY 10105
            Tel: 212.603.6300
            Fax: 212.956.2164

To:
Sandra Hoyos
Hoyos and Associates
*Attorneys for Defendants*
*Guitian Brothers Music, Inc.*
*Oscar Guitian*
1325 Ponce de Leon Boulevard, No. 238
Coral Gables, FL 33134

Barry I. Slotnick
Loeb & Loeb LLP
*Attorneys for Defendant*
*Universal Music Group Distribution, Corp.*
345 Park Avenue
New York, NY 10154
Tel.:(212) 407-4000