## CERTIFICATE OF SERVICE

The undersigned, Daniel Zohny, hereby certifies that on January 31, 2008, a true and accurate copy of the foregoing Plaintiff's Notice of Motion and Affidavit in Support of Motion to Dismiss have been served in accordance with the Federal Rules of Civil Procedure *via* First Class Mail for delivery to the following addressee(s):

Sandra Hoyos
Hoyos and Associates
*Attorneys for Defendants*
Guitian Brothers Music, Inc.
Oscar Guitian
1325 Ponce de Leon Boulevard, No. 238
Coral Gables, FL 33134

Signature: _____

{00372832.DOC;1}