UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSE ORTIZ p/k/a JAO

                         Plaintiff,

                         07 CIVIL 3897 (  )

             -against-

GUITIAN BROTHERS MUSIC INC., OSCAR GUITIAN
AND UNIVERSAL MUSIC GROUP DISTRIBUTION, INC.
                         Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __DANIEL ZOHNY__

- [x] *Attorney*

  - [ ] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __DZ 7311__

  - [ ] I am a Pro Hac Vice attorney

  - [ ] I am a Government Agency attorney

- [x] *Law Firm/Government Agency Association*

  From: __BARTON BARTON & PLOTKIN, LLP__

  To: __ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.__

  - [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  - [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- [x] *Address:* __1345 Ave of the Americas__
- [x] *Telephone Number:* __(212) 603-6300__
- [x] *Fax Number:* __(212) 956-2164__
- [x] *E-Mail Address:* __dz@robinsonbrog.com__

Dated: __1/31/08__