# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE ORTIZ p/k/a JAO

                                                                                        07 CV 3897
                                                                                           (RWS)
                                                         Plaintiff,

                                                                                          **ECF CASE**

                      -against-

GUITIAN BROTHERS MUSIC INC., OSCAR GUITIAN, and
UNIVERSAL MUSIC GROUP DISTRIBUTION, INC.

                                                                      Defendant(s).
-----------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT
## OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The undersigned, JOSE ORTIZ p/k/a JAO, under the penalties of perjury states:

1. I am the Plaintiff in the above entitled action.

2. In or about December 2006, for evidentiary reasons, I purchased a copy of the DVD "Don Dinero – Su Vida y la Calle" at Tower Records located at 1961 Broadway, New York, NY 10023

Dated: New York, New York
February 26, 2008

                                                                          _____
                                                                          JOSE ORTIZ

Sworn to before me this
28 Day of February, 2008

_____
Notary Public

EVELYN ARIAS
Notary Public State of New York Westchester
No. 01AR6092340
Qualified in ~~New York~~ County
Commission Expires 06/26/11