```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ORTIZ p/k/a JAO,<br><br>          Plaintiff,<br><br>vs.<br><br>GUITIAN BROTHERS MUSIC, INC., OSCAR GUITIAN, and UNIVERSAL MUSIC GROUP DISTRIBUTION, INC.<br><br>          Defendants. | Civil Action No.: 07 CIV 3897 (RWS)<br><br>**REVISED SCHEDULING ORDER** |

ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE:

  It is hereby ORDERED as follows:

  1. The parties shall complete all discovery and inspection and file all motions, with the exception of motions in limine, by April 30, 2008 after which no discovery will be conducted and no motion will be entertained without a showing of special circumstances. Plaintiff[s] shall submit a draft of the pretrial order to the defendant[s] on or before the completion of discovery.

  2. The parties shall submit to the court trial briefs, a joint proposed pretrial order, and, if applicable, motions in limine, and proposed jury charges and voir dire requests in accordance with the form and instructions provided with the October 10, 2007 Order, by May 14, 2008. A final pretrial conference will be held at 4:30 pm on that date and the action shall be added to the trial calendar published in the New York Law Journal. Prior to submission of the final pretrial order, the parties are directed to exchange offers of settlement. The parties are directed to be ready for trial the day after the pretrial order is due and, upon receipt of twenty-four hour telephone notice, on any day thereafter.

//

//

{00377069.DOC:1}

It is SO ORDERED

Dated: New York, New York
       February 28, 2008

                              _____
                              ROBERT W. SWEET
                              UNITED STATES DISTRICT JUDGE

                              2/28/08