UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JOSE ORTIZ p/k/a JAO,

               Plaintiff,

    - against -                        07 Civ. 3897 (RWS)

GUITIAN BROTHERS MUSIC, INC., et al.    O R D E R

               Defendants.

------------------------------------------X

Sweet, D.J.,

       The Plaintiff's Motion for Default Judgment, dated January 31, 2008, as well as the Defendants' Motion to Dismiss, dated February 17, 2008, will be heard at noon on Wednesday, March 19, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY
March 6, 2008

                                          ROBERT W. SWEET
                                            U.S.D.J.