**Vareka Investments, N.V.**
8045 N.W. 36th Street # 500
Miami, Florida 33166

February 13, 2008

Oscar Guitian
8051 N.W. 36th Street # 618
Miami, Florida 33166

Dear Mr. Guitian:

As per you request, we are faxing to you report from carrier of March 13, 2007 of Bldg 8001 where your office was located.

You may also get from Fire Department under Incident # 7051719 of March 13, 2007 additional information.

Should you require further assistance, please let me know.

Regards,

*[signature]*

Georgina Menendez
Property Manager



## Property Description

Insured __Varecka Investments__  EFI No. __94204-03471__
Street __8001 NW 36th Street__  City __Miami__  State __FL__
Occupancy  ☐ Dwelling  ☒ Business  ☐ Unoccupied  ☐ Other ____
☐ Owner occupied  ☒ Tenant occupied  Approximate Age __33__ years
Building construction  ☐ Wood  ☒ Masonry  ☐  ☐ Other ____
Roofing material  ☒ Composition material  ☐ Metal  ☐ Tile  ☐ Wood
☐ Tar and gravel  ☐ Other ____
Number of stories __1__  Number of rooms ____  Number of baths ____
Foundation  ☐ Basement  ☒ Concrete slab  ☐ Pier and beam  ☐ Crawl space
Heating  ☐ Natural gas  ☐ Propane Gas  ☒ Electric  ☐
Air conditioning  ☐ Natural gas  ☐ Propane Gas  ☒ Electric  ☐ Other ____
Electrical service connected during fire  ☒ Yes  ☐ No  ☐ Unknown
Alarm system  ☐ Yes  ☒ No  Type ____   ☐ Local  ☐ Monitored
Garage  ☒ None  ☐ Attached  ☐ Detached  Approximate Size ____
Outbuildings on premises  ☒ Yes  ☐ No  ☐ Damaged  ☒ Undamaged
Outside conditions  ☒ Normal  ☐ Unkept  ☐ Well groomed  ☐
General conditions  ☐ Excellent  ☒ Average  ☐ Poor  ☐ Other ____
Fire Protection  ☐ Unknown  ☐ Volunteer  ☒ Paid  ☐ Paid & Volunteer
Department __Miami/Dade Fire Dept.__  Distance to Station __Unk.__
Completed during examination  ☒ Diagram  ☐ Video  ☒ Photographs  ☒ Measurements
Date examination began __03/15/07__  Date examination completed __03/15/07__



Form EFI2085 (Rev 7/99)



# Diagram Sheet

| Name (Property Owner) | Location | File No. |
|---|---|---|
| Varecka Investments | 8001 NW 36th Street, Miami, FL | 94204-03471 |



N

NOTE: INTERIOR FLOORPLAN APPROXIMATE BASED ON HANDDRAWN DIAGRAM & RENT ROLL SQUARE FOOTAGE PROVIDED BY INSURED

| Prepared by | Date | Scale |
|---|---|---|
| Bill Brown | 03/15/07 | Conceptual |




10/7/2003
Bruce Mclean
Cuban Connection

Dear Bruce,

We would like to request authorization for the tracks mentioned below for the following compilation:

COMPILATION TITLE: Don Dinero Su Vida y La Calle

REQUESTED BY: Oscar F. Guitian

REQUESTED ARTIST & SELECTION:

Track: Desaogo Del Alma (Don Dinero)

Track: Pana Pana (Don Dinero)

Track: Yo No Se (Don Dinero)

RELEASE TERRITORY: US and PR

TERM: Three Years

RELEASE DATE: November 25, 2003

TOTAL NUMBER OF TRACKS: 3

LIST PRICE: $11.98
PPD: $7.50

METHOD OF SALES: Retail, Club and Mail Order
CONFIGURATIONS:    CD
ESTIMATED SALES:   40,000 Units

Artist Royalties will be paid as follows: $0.12 per track, per CD

If these terms and conditions are acceptable to you, please sign below and fax (305) 883-7247. Please provide label copy for approved masters, including writer information. If you do not own publishing, please advise the name, affiliation and contact information for the company that does. If you have any further questions, please do not hesitate to call me at (305) 761-1227. Thank you for your attention.

Sincerely,

_____
Oscar Guitian
CEO
Guitian Brothers
10544 N.W 26th Street
Suite # E-103
Miami, Fl 33172

Cuban Connection

_____
Bruce Mclean
CEO
230 Park Avenue Suite# 645
New York, NY 10069

TOTAL P.02



LABEL COPY                              UNIVERSAL MUSIC LATINO

ALBUM TITLE: Don Dinero Su Vida y La Calle        ARTIST: Don Dinero

| # | SONG TITLE | TIME | ARTIST | AUTHOR | PUBLISHER | LICENSOR |
|---|---|---|---|---|---|---|
| 1 | DESAOGO DEL ALMA | 4:32 | DON DINERO Feat. D'mingo | JOSE M. GUITIAN p/k/a Don Dinero/DOMINGO RAMOS | CUBAN CONNECTION PUBLISHING, INC. o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS JUMPING BEAN SONGS, LLC | CUBAN CONNECTION MUSIC, INC. |
| 2 | PANA PANA | 3:28 | DON DINERO Feat. D'mingo | JOSE M. GUITIAN p/k/a Don Dinero/DOMINGO RAMOS | CUBAN CONNECTION PUBLISHING, INC. o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS JUMPING BEAN SONGS, LLC | CUBAN CONNECTION MUSIC, INC. |
| 3 | YO NO SE | 4:23 | DON DINERO | JOSE M. GUITIAN p/k/a Don Dinero | CUBAN CONNECTION PUBLISHING, INC. o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS | CUBAN CONNECTION MUSIC, INC. |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |