Barry I. Slotnick (BS-9796)
Jacques Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
Fax (212) 407-4990

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSE ORTIZ p/k/a/ JAO,                                      :

                    Plaintiff,                    :

             -against-                         :        Case No. 07 CV 3897 (RWS)

GUITIAN BROTHERS MUSIC INC.,                 :
OSCAR GUITIAN, and UNIVERSAL MUSIC
GROUP DISTRIBUTION, INC.,                     :

               Defendants.                    :
------------------------------------------------------------ X

### NOTICE OF DEFENDANT UNIVERSAL'S
### MOTION FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that, upon the accompanying declarations of Barry I. Slotnick

and Tegan Kossowicz, together with their respective exhibits, the accompanying memorandum

of law and Local Civil Rule 56.1 Statement of Undisputed Facts, and all other pleadings and

proceedings heretofore had herein, defendant Universal Music Group Distribution Corp.

("Universal"), named incorrectly herein as Universal Music Group Distribution, Inc., by its

attorneys, Loeb & Loeb LLP, will move this court, before the Honorable Robert W. Sweet, as

soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street,

Courtroom 18C, New York, New York, for an order granting summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing all of plaintiff Jose Ortiz p/k/a JAO's claims against Defendant Universal in the Complaint, dated May 18, 2007, with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) for this District, opposition papers, if any, shall be served by May 14, 2008, and Defendant Universal's reply shall be served five (5) business days after service of any opposition papers.

Dated: New York, New York
      April 30, 2008

LOEB & LOEB LLP

By: _____
    Barry I. Slotnick (BS-9796)
    Jacques M. Rimokh (JR-0745)
    Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Defendant Universal's Motion for Summary Judgment, the accompanying declarations of Barry I. Slotnick and Tegan Kossowicz, together with their respective exhibits, the accompanying memorandum of law and Local Civil Rule 56.1 Statement of Undisputed Facts have been served in accordance with the Federal Rules of Civil Procedure on the 30th day of April, 2008 via the electronic filing system upon the following counsel of record:

Gary Adelman, Esq.
ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.
1345 Avenue of the Americas
New York, New York  10105

Sandra Hoyos, Esq.
HOYOS & ASSOCIATES LLC
1825 Ponce de Leon Boulevard, #238
Coral Gables, FL 33134


By: __/s/_____
        BARRY I. SLOTNICK

NY711787.1
211084-10002