Barry I. Slotnick (BS-9796)
Jacques Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
Fax (212) 407-4990

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ORTIZ p/k/a/ JAO,                :

        Plaintiff,             :

        -against-             :    Case No. 07 CV 3897 (RWS)

GUITIAN BROTHERS MUSIC INC.,          :
OSCAR GUITIAN, and UNIVERSAL MUSIC
GROUP DISTRIBUTION, INC.,             :

        Defendants.            :
------------------------------------------------------------X

## DECLARATION OF TEGAN KOSSOWICZ IN SUPPORT OF DEFENDANT UNIVERSAL'S MOTION FOR SUMMARY JUDGMENT

I, Tegan Kossowicz, hereby declare as follows:

1.     I am Senior Director, Business & Legal Affairs, Royalties and Copyright of UMG Recordings, Inc.. I submit this declaration in support of defendant Universal Music Group Distribution Corp.'s ("Universal") motion for summary judgment dismissing the claims of plaintiff Jose Ortiz p/k/a JAO ("Plaintiff" or "Ortiz"). I have personal knowledge of the facts set forth herein.

2. I understand that Plaintiff claims that defendants have infringed his alleged copyright in the 13 works he claims comprise the instrumental score (the "Score") for a motion picture entitled *Don Dinero – Su Vida Y La Calle* (the "Motion Picture") that was distributed on DVD (the "DVD").

3. Attached hereto as Exhibit A are true and correct color copies of the label and exterior packaging of the DVD.

4. Attached hereto as Exhibit B is a true and correct copy of the Motion Picture on the DVD.

5. As is alleged in the Complaint (at ¶¶ 36, 38), the Motion Picture was released, distributed and sold nationwide to the general public on the DVD beginning on or about November 25, 2003.

6. The DVD was distributed nationwide and bore copyright notices in several places that identify "Universal Music Latino and Guitian Brothers Music" as the sole owners of the copyright in the Motion Picture.

7. Specifically, the copyright notice for the Motion Picture on the label of the DVD and the exterior package of the DVD each bear the following copyright notice: "(P) & (C) 2003 UNIVERSAL MUSIC LATINO/GUITIAN BROTHERS MUSIC."

8. Universal Music Latino is a division of UMG Recordings, Inc. Defendant Universal is the affiliated music and video distribution entity for UMG Recordings, Inc.

9. Universal Music Latino submitted a copyright registration application to the United States Copyright Office for the Motion Picture on DVD, including the "Entire Cinematographic Work/Pictorial Matter/Line Notes." The Copyright Office issued the copyright registration for the Motion Picture on the DVD to Universal Music Latino and Guitian Brothers Music, and issued registration certificate no. PA 1-216-943, effective as of December 24, 2003. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Universal's copyright registration for the Motion Picture.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of April 2008.

_____
Tegan Kossowicz

Tegan Kossowicz
Sr. Dir., Business & Legal Affairs
Royalties & Copyright
UMG Recordings, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration of Tegan Kossowicz in Support of Universal's Motion for Summary Judgment has been served in accordance with the Federal Rules of Civil Procedure on the ____ day of April, 2008 by First Class Mail upon the following counsel of record:

>   Gary Adelman, Esq.
>   ROBINSON BROG LEINWAND
>   GREENE GENOVESE & GLUCK, P.C.
>   1345 Avenue of the Americas
>   New York, New York 10105

By: _____
     CHRISTINA S. MONTEIRO

NY711587.3
211084-10002