# EXHIBIT A





**1- DESAOGO DEL ALMA / DON DINERO** Feat. D'mingo
JOSE M. GUITIAN p/k/a Don Dinero / DOMINGO RAMOS
CUBAN CONNECTION PUBLISHING, INC. o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS JUMPING BEAN SONGS, LLC / CUBAN CONNECTION MUSIC, INC.

**2- PANA PANA / DON DINERO** Feat. D'mingo
JOSE M. GUITIAN p/k/a Don Dinero / DOMINGO RAMOS
CUBAN CONNECTION PUBLISHING, INC. o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS JUMPING BEAN SONGS, LLC / CUBAN CONNECTION MUSIC, INC.

**3- YO NO SE / DON DINERO**
JOSE M. GUITIAN p/k/a Don Dinero
CUBAN CONNECTION PUBLISHING, INC. . o/b/o EL ULTIMO GUERRERO BLNTT PRODUCTIONS / CUBAN CONNECTION MUSIC, INC.

**4- Don Dinero's Life Documentary**

APPROX. RUNNING TIME: 2 HOURS • ALSO INCLUDES BEHIND THE SCENES ORIGINAL FOOTAGE

Executive Producer: Oscar Guitian / Producer: Don Dinero
Director and editor: Bruno Breil
Post production supervisor- Jokes
Original music scored by da compadres (JAO & Noodles)


www.guitianbrothermusic.com

DVD VIDEO

UNIVERSAL
UNIVERSAL MUSIC LATINO

B0001726-09

℗&©2003 UNIVERSAL MUSIC LATINO / GUITIAN BROTHERS MUSIC
Manufactured and Distributed by UNIVERSAL MUSIC LATINO 420 Lincoln Road, Suite 200, Miami Beach, FL 33139 through Universal Music and Video Distribution.
Warning: All rights reserved. Unauthorized duplication is a violation of applicable law and subject to criminal prosecution. Made in USA.


6 02498 61383 2

