# EXHIBIT B

# DVD COPY OF
# DON DINERO
# SU VIDA Y CALLE