# EXHIBIT C

Case 1:07-cv-03897-RWS   Document 28-4   Filed 04/30/2008   Page 1 of 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-216-943**



EFFECTIVE DATE OF REGISTRATION

12 / 24 / 03
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1. TITLE OF THIS WORK ▼**
TITLE: "DON DINERO -- SU VIDA Y LA CALLE"
ARTIST: DON DINERO
00602498613832

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions
DIGITAL VIDEO DISC (DVD)

**2. NAME OF AUTHOR ▼**
UNIVERSAL MUSIC LATINO, A DIV. OF UMG RECORDINGS, INC. / GUITIAN BROTHERS MUSIC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE CINEMATOGRAPHIC WORK/PICTORIAL MATTER/LINER NOTES

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 Year
This information must be given in all cases.

**b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 11  Day 25  Year 2003
U.S.A.  Nation

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
UNIVERSAL MUSIC LATINO, A DIVISION OF UMG RECORDINGS, INC./
GUITIAN BROTHERS MUSIC
2220 COLORADO AVE.
SANTA MONICA, CA 90404

**APPLICATION RECEIVED**
DEC 24 2003
**ONE DEPOSIT RECEIVED**
DEC 24 2003  DVD/C
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

| EXAMINED BY | JAT | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ VARIOUS    Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
WORDS & MUSIC

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
ENTIRE CINEMATOGRAPHIC WORK/
PICTORIAL MATTER/LINER NOTES

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ UNIVERSAL MUSIC GROUP    Account Number ▼ DA024562

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
UNIVERSAL MUSIC GROUP
COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608
Area code and daytime telephone number ( 818 ) 777-4040    Fax number ( 818 ) 866-1604
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of UNIVERSAL MUSIC LATINO, A DIV OF UMG RECORDINGS, INC. / GUITIAN BROTHERS MUSIC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
PATRICIA BLAIR    Date December 16, 2003
Handwritten signature (X) ▼
x _[signature]_

**9 Certificate will be mailed in window envelope to this address:**
Name ▼ UNIVERSAL MUSIC GROUP COPYRIGHT ADMINISTRATION
Number/Street/Apt ▼ 100 UNIVERSAL CITY PLAZA BUILDING 1320W-4
City/State/ZIP ▼ UNIVERSAL CITY, CA 91608