Barry I. Slotnick (BS-9796)
Jacques Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
Fax (212) 407-4990

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ORTIZ p/k/a/ JAO,                             :

        Plaintiff,                                     :

        -against-                                    :   Case No. 07 CV 3897 (RWS)

GUITIAN BROTHERS MUSIC INC.,                       :
OSCAR GUITIAN, and UNIVERSAL MUSIC
GROUP DISTRIBUTION, INC.,                          :

        Defendants.                                   :
-----------------------------------------------------------X

### DECLARATION OF BARRY I. SLOTNICK IN SUPPORT OF DEFENDANT UNIVERSAL'S MOTION FOR SUMMARY JUDGMENT

I, BARRY I. SLOTNICK, hereby declare as follows:

1. I am a member of Loeb & Loeb LLP, counsel for defendant Universal Music Group Distribution Corp. ("Universal"), named incorrectly herein as Universal Music Group Distribution, Inc., in this action. I submit this declaration in support of Universal's motion for summary judgment dismissing the claims of plaintiff Jose Ortiz p/k/a JAO ("Plaintiff" or "Ortiz"). I have personal knowledge of the facts set forth herein.

1

2.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiff's proffered Copyright Certificate of Registration No. PA 1-289-403, which is for the 13 works alleged to comprise the instrumental score of the motion picture entitled *Don Dinero – Su Vida Y La Calle*, that is referenced at paragraph 34 of the Complaint and was produced by Plaintiff in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April 2008.

_____
Barry I. Slotnick