# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-2**-**

EFFECTIVE DATE OF REGISTRATION
8   3   05

---

**1** TITLE OF THIS WORK ▼

Don Dinero - "Su vida y la calle" (Please see continuation)

PREVIOUS OR ALTERNATIVE TITLES ▼

The Best of Don Dinero (Reissue)

NATURE OF THIS WORK ▼

Music

**2 a** NAME OF AUTHOR ▼

Jose Ortiz  a/k/a "Jad"

DATES OF BIRTH AND DEATH
Year Born ▼  6/11/69  Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of: United States

NATURE OF AUTHORSHIP: Author of Music

**b** (blank)

**c** (blank)

**3 a** Year 2001   **b** United States, Month ___ Day 1 Year 2001

**4** Jose Ortiz
620 W. 151st St. Apt 6
New York, NY 10031

AUG - 3 2005
AUG - 3 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

|  |  |
|---|---|
| EXAMINED BY **DSV** | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼   Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Law Offices of Michael Cirelli
110 Greene St. 3rd Floor
New York, NY 10012

Area code and daytime telephone number ( 212 ) 343 - 9745   Fax number ( 212 ) 343 - 9759
Email Michael@maclaw1.com

**8 CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Jose Ortiz__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael A. Cirelli                                    Date 7/28/05

Handwritten signature (X) ▼
/s/ Michael A. Cirelli   o/b/o Jose Ortiz

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Michael A. Cirelli, Esq.
Number/Street/Apt ▼
110 Greene St. 3rd Floor
City/State/ZIP ▼
New York, NY 10012

Form June 2002—30,000 Web Rev: June 2002 ⊕ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Form **PA/CON**
UNITED STATES COPYRIGHT OFFICE

PA 1-299-403



| PA | AU | SE | SEG | SRU | SR | GRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

**AUG – 3 2005**
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
8  3  05

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Don Quiero – "Su vida y la calle"
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Jose Ortiz – 520 W. 151 st. Apt B   New York, NY 10031

**B**
Continuation of Space 2

**d**
NAME OF AUTHOR ▼
_____
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼
_____
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼
_____
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):    ☒ Space 1    ☐ Space 4    ☐ Space 6

**C**

"The Best of Don Dinero"

<u>Track Names</u>

1. My Story
2. Horns On
3. Skreach
4. Gangsta Groove
5. Stick up Kids
6. Lay Low
7. Scream
8. Russian
9. Peters Stroll
10. Tell You What
11. Set Trip
12. Whatever Happened
13. Saxon Go

Michael A. Civilli, Esq.
110 Greene St. 3rd Floor
New York, NY 10012

**D**