

BARRY I. SLOTNICK
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4162
Main 212.407.4000
Fax 212.202.7942
bslotnick@loeb.com

Via Fax



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

May 2, 2008

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
Room 1920
New York, NY 10007-1312

Re: Ortiz v. Guitian Brothers Music Inc., Oscar Guitian and Universal Music Group Distribution, Inc., Case No. 07CV3897 (RWS)

Dear Judge Sweet:

We are the attorneys for defendant Universal Music Group Distribution Corp., named incorrectly in the caption as Universal Music Group Distribution Group Inc. This letter, written with the consent of plaintiff's counsel, requests an adjournment of the Final Pre-Trial Conference and the Pre-Trial Order, both scheduled for May 14, 2008. This is the second request for an adjournment or extension the first of which was granted by the Court on March 4, 2008. As stated above, I have consulted with and obtained the consent of plaintiff in connection with this request. I have attempted to contact Sandra Hoyos, the attorney for Guitian Brothers Music Inc. and Oscar Guitian but have been advised that Ms. Hoyos is out of the country until May 6.

We respectfully request the adjournment because there are presently pending before this Court the Guitian parties' motion to dismiss on jurisdictional grounds as well as our client's motion for summary judgment which was filed on April 30. Absent a revised Scheduling Order, the parties will have to undertake extensive and expensive pre-trial preparation which could be rendered moot by the Court's decision in either or both motions. We respectfully request that the Pre-Trial Conference and Pre-Trial Order be scheduled for thirty days after this Court's determination of the later of the two pending motions.

Thank you for your consideration.

Respectfully submitted,

Barry I. Slotnick
Partner

So ordered
Sweet
USDJ
5-6-08

cc: Gary Adelman, Esq.
Sandra Hoyos, Esq.

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY717880.1
211084-10002