

RECEIVED
MAY 0 5 2008
...ET CHAMBERS

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

212-603-6300

FAX 212-956-2164

May 2, 2008

Gary Adelman
(212) 603-0481
gpa@robinsonbrog.com

**VIA FACSIMILE**

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007
Fax: (212) 805-7925

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

Re: *Jose Ortiz p/k/a Jao v. Guitian Brothers Music, Inc., et al.*
Index No. 07 CV 3897 (RWS)

Honorable Judge Sweet,

We represent the plaintiff Jose Ortiz ("Plaintiff") in the above referenced action. We write to respectfully request an extension of time to answer Defendant Universal Music Group Distribution Corp's ("Defendant Universal") Motion for Summary Judgment in the above captioned matter.

Defendant Universal filed a Motion for Summary Judgment on April 30, 2008. Pursuant to the moving papers, opposition papers are to be served and filed on or before May 14, 2008. Reply papers are then to be served and filed on or before May 21, 2008.

Plaintiff respectfully requests a thirty (30) day adjournment of the date on which opposition papers are due to June 13, 2008 and consents to a corresponding adjournment of Defendant Universal's time to reply to June 20, 2008.

This is Plaintiff's first request for an adjournment of its time to file responsive papers on this motion.

So ordered
[signature] USDJ
5-6-08

{00386019.DOC;1}

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P. C.

Hon. Robert W. Sweet
May 2, 2008
Page 2 of 2

     This request is made with the consent of Defendant Universal. My office has attempted to contact Defendant Guitian Brother's Music's counsel to obtain permission to make this request however we were informed by Ms. Hoyos' office that she is out of the country until May 6, 2008.

     Thank you for your time and consideration in this matter.

                         Respectfully submitted,

                         ROBINSON BROG LEINWAND GREENE
                         GENOVESE & GLUCK, P.C.

                         Gary Adelman

Cc:    Sandra S. Hoyos, Esq.
        Barry I. Slotnick Esq.

{00386019.DOC;1}