UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ORTIZ p/k/a JAO

|  |  |
|---|---|
| Plaintiff, | 07 CV 3897 (RWS) |
| -against- | **ECF CASE** |

GUITIAN BROTHERS MUSIC INC., OSCAR
GUITIAN, and UNIVERSAL MUSIC GROUP
DISTRIBUTION, INC.

                                        Defendant(s).
-------------------------------------------------------------X

## DECLARATION OF DANIEL ZOHNY IN SUPPORT
## OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
## DEFENDANT UNIVERSAL'S MOTION TO FOR SUMMARY JUDGMENT

I, Daniel Zohny, hereby declare as follows:

1. I am an associate of Robinson Brog Leinwand Greene Genovese & Gluck, P.C., counsel for Plaintiff Jose Ortiz p/k/a Jao ("Plaintiff"). I submit this declaration in support of Plaintiff's Opposition the Defendant Universal Music Group Distribution Corp's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of the *United States Copyright Office, Circular 56A.0706.*

3. Attached hereto as Exhibit "B" is a true and correct copy of *United States Copyright Office, Circular 56.0706.*

4. Attached hereto as Exhibit "C" is a true and correct copy of the *Instructions to United States Copyright Office, Form PA.*

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the forgoing is true and correct.


Dated: New York, New York

June 13, 2008

Daniel Zohny