

JACQUES RIMOKH
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4164
Main 212.407.4000
Fax 212.504.8035
jrimokh@loeb.com

Via Fax

June 17, 2008

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
Room 1920
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Re: *Ortiz v. Guitian Brothers Music Inc., Oscar Guitian and Universal Music Group Distribution, Inc.*, Case No. 07CV3897 (RWS)

Dear Judge Sweet:

We are the attorneys for defendant Universal Music Group Distribution Corp. ("Universal"). We write, with the consent of plaintiff's counsel, to respectfully request a one week adjournment until Friday, June 27, 2008 to reply to plaintiff's Opposition to Universal's Motion for Summary Judgment in the above-captioned matter.

On April 30, 2008, Universal filed its Motion for Summary Judgment. The moving papers required opposition to be served and filed on or before May 14, 2008, with reply papers due by May 21, 2008.

On May 2, 2008, plaintiff requested, with Universal's consent, a thirty (30) day extension of time until June 13, 2008 to respond to Universal's Motion for Summary Judgment, with reply papers to be served and filed on or before June 20, 2008. On May 6, 2008 the Court granted plaintiff's request for an adjournment.

This is Universal's first request for an adjournment of its time to file responsive papers on its Motion for Summary Judgment. Absent an adjournment, the current briefing schedule presents scheduling difficulties for Universal's counsel. As stated above, Universal has consulted with and obtained the consent of plaintiff in connection with its request for a one week adjournment.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jacques Rimokh
Partner

cc: Gary Adelman, Esq.
    Sandra Hoyos, Esq.

*So ordered*
*Sweet*
*USDJ*
*6-19-08*

Los Angeles   New York   Chicago   Nashville   www.loeb.com

NY725785.1
211084-10002

A limited liability partnership including professional corporations