fa
Barry I. Slotnick (BS-9796)
Jacques Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
Fax (212) 407-4990

*Attorneys for Defendant*
*Universal Music Group Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSE ORTIZ p/k/a/ JAO,                         :

       Plaintiff,                                  :

       -against-                                  :  Case No. 07 CV 3897 (RWS)

GUITIAN BROTHERS MUSIC INC.,                   :
OSCAR GUITIAN, and UNIVERSAL MUSIC
GROUP DISTRIBUTION, INC.,                      :

       Defendants.                                 :
------------------------------------------------------X

**DECLARATION OF CHRISTINA S. MONTEIRO IN SUPPORT OF
DEFENDANT UNIVERSAL'S MOTION FOR SUMMARY JUDGMENT**

I, CHRISTINA S. MONTEIRO, hereby declare as follows:

1.    I am associated with the firm of Loeb & Loeb LLP, counsel for defendant Universal Music Group Distribution Corp. ("Universal"), named incorrectly herein as Universal Music Group Distribution, Inc., in this action. I submit this declaration in support of Universal's motion for summary judgment dismissing the claims of plaintiff Jose Ortiz p/k/a JAO ("Plaintiff" or "Ortiz"). I have personal knowledge of the facts set forth herein.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of U.S. Copyright Office Circular No. 45, entitled "Copyright Registration for Motion Pictures Including Video Recordings."

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the search results for "Desahogo del alma", "Pana pana", and "Yo no se?" from the Public Catalog of the U.S. Copyright Office website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June 2008.

_____
Christina S. Monteiro