# EXHIBIT A


Copyright
United States Copyright Office

# Copyright Registration for Motion Pictures Including Video Recordings

## General Information

### Statutory Definition

*Motion pictures* are *audiovisual works* consisting of a series of related images that, when shown in succession, impart an impression of motion, together with any accompanying sounds. They are typically embodied in film, videotape, or videodisk.

### How Copyright Is Secured

Copyright in a motion picture is automatically secured when the work is created and "fixed" in a copy. The Copyright Office registers claims to copyright and issues certificates of registration but does not "grant" or "issue" copyrights.

Only the expression (camera work, dialogue, sounds, etc.) fixed in a motion picture is protectible under copyright. Copyright does not cover the idea or concept behind the work or any characters portrayed in the work.

Works that do not constitute a fixation of a motion picture include:

- a live telecast that is not fixed in a copy
- a screenplay or treatment of a future motion picture

### Publication

Publication of a motion picture takes place when one or more copies are distributed to the public by sale, rental, lease or lending, or when *an offering* is made to distribute copies to a group of persons (wholesalers, retailers, broadcasters, motion picture distributors, and the like) for purposes of further distribution or public performance. Offering to distribute a copy of a motion picture for exhibition during a film festival may be considered publication of that work.

For an offering to constitute publication, copies must be made and be ready for distribution. The *performance* itself of a motion picture (for example, showing it in a theater, on television, or in a school room) *does not* constitute publication.

Publication of a motion picture publishes all the components embodied in it including the music, the script, and the sounds. Thus, if a motion picture made from a screenplay is published, the screenplay is published to the extent it is contained in the published work.

## Copyright Notice

Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notice*.

## Copyright Registration

### Advantages of Registration

Registration in the Copyright Office establishes a public record of the copyright claim. Before an infringement suit may be filed in court, registration is necessary for works of U.S. origin and for foreign works not originating in a Berne Union Country. Timely registration may also provide a broader range of remedies in an infringement suit. See Circular 1, *Copyright Basics*, for more information on the benefits of registration.

### How to Apply for Registration

To register either a published or unpublished motion picture, send the following to the Copyright Office:

1 *A signed application* on Form PA;
2 *One complete copy* of the motion picture being registered (see page 5 for specific requirements);
3 *A separate written description* of the contents of the motion picture; and
4 *A nonrefundable filing fee* * for each application in the form of a draft (that is, a check, money order, or bank draft) payable to *Register of Copyrights*. Do not send cash.

**\*NOTE: Copyright Office fees are subject to change. For current fees, please check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.**

Drafts must be redeemable without service or exchange fee through a U.S. institution, must be payable in U.S. dollars, and must be imprinted with American Banking Association routing numbers.

If a check received in payment of the filing fee is returned to the Copyright Office as uncollectible, the Copyright Office will cancel the registration and will notify the remitter.

The fee for processing an original, supplementary, or renewal claim is nonrefundable, whether or not copyright registration is ultimately made.

The Copyright Office cannot assume any responsibility for the loss of currency sent in payment of copyright fees.

Send the application, deposit and fee *in the same package* to:

*Library of Congress*
*Copyright Office*
*101 Independence Avenue SE*
*Washington, DC 20559-6000*

If it is impossible or highly impractical to send the deposit (for example, a 35mm film) in the same package with the other registration material, include a letter with each set of materials indicating that the missing element(s) are being sent under separate cover.

### Completing Form PA

**NOTE: These points do not cover all the required information on the application. Be sure to refer to the instructions on the Form PA before completing the application.**

**Space 1: Nature of This Work.** "Motion picture" is generally the appropriate term. If the motion picture is a part of a larger work and you are claiming in the entire work, you should indicate that in this space.

**Space 2: Name of Author, "Work Made for Hire," and "Nature of Authorship".** Ordinarily, a number of individuals contribute authorship to a motion picture, including the writer, director, producer, camera operator, editor, and others. These individuals are not always considered the "authors," however, because a motion picture is frequently a "work made for hire." In the case of a work made for hire, the *employer*—not the individuals who actually created the work—is considered the author for copyright purposes.

Under the copyright law, a "work made for hire" is defined as "a work prepared by an employee within the scope of his or her employment; or … a work specially ordered or commissioned for use … as a part of a motion picture or other audiovisual work … if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." (See Circular 9, *Works Made for Hire Under the 1976 Copyright Act*, for more information.)

Before completing space 2, you should determine whether part or all of the motion picture was made for hire.

1 If the entire work was made for hire, name the employer as author and answer "Yes" to the work-made-for-hire question. Under "Nature of Authorship," state "entire motion picture."

material. The following are examples of acceptable statements in space 6:

1 Feature film based on a screenplay that was registered separately:

> **DERIVATIVE WORK OR COMPILATION** Complete both space 6a ;
> Preexisting Material Identify any preexisting work or works that this work is
> previously registered screenplay
>
> Material Added to This Work Give a brief, general statement of the material
> motion picture dramatization

2 New version of a training video that was registered previously:

> **DERIVATIVE WORK OR COMPILATION** Complete both space 6a ;
> Preexisting Material Identify any preexisting work or works that this work is
> previously registered video production
>
> Material Added to This Work Give a brief, general statement of the material
> revisions and some new cinegatographic material

3 Television documentary:

> **DERIVATIVE WORK OR COMPILATION** Complete both space 6a ;
> Preexisting Material Identify any preexisting work or works that this work is
> some previously published footage and photographs
>
> Material Added to This Work Give a brief, general statement of the material
> editing, narration, and some new footage

**Space 8: Certification.** Check the box showing under what authority you are filing the application. Provide an *original signature* and a *current date* certifying that the facts as stated on the application are correct.

**NOTE:** If this work is published, the certification date must be on or after the publication date given in space 3.

**Deposit Requirements for Registration**

In addition to the application and fee, you must send a copy and a description of the work being registered. The nature of the copy and description may vary, depending upon the factors indicated below:

*For All Published Motion Pictures*

1 *A separate description* of the nature and general content of the work, for example, a shooting script, a synopsis, or a pressbook; and
2 *One complete copy of the work.* A copy is complete if it is undamaged and free of splices and defects that would interfere with viewing the work.

**For motion pictures first published in the U.S.** *One complete copy of the best edition.* Where two or more editions are published in the United States, the best edition is the one preferred by the Library of Congress. Currently, the Library accepts in descending order of preference:

A  Film, rather than another medium
   1  Preprint material, by special arrangement
   2  70mm positive print, if original production negative is greater than 35mm
   3  35mm positive prints
   4  16mm positive prints

B  Videotape formats
   1  Betacam SP
   2  Digital Beta (Digibeta)
   3  DVD
   4  VHS cassette

**For motion pictures first published abroad.** *One complete copy as first published or one copy of the best edition.*

*For Unpublished Motion Pictures*

1 a separate description of the work and
2 a copy of the work containing all the visual and aural elements covered by the registration. An alternative deposit option is available for unpublished motion pictures. For information, contact the Copyright Office at (202) 707-8182.

*Requirements for Motion Pictures That Cannot Be Viewed by the Copyright Office Staff*

The Copyright Office does not have equipment to view motion pictures in certain formats, including 1" open-reel videotapes; and HDCAM, D-2, and 8mm videocassettes. If you send one of these formats, please include the credits

in the separate written description. If the work was first published before March 1, 1989, the Copyright Office must examine the work for the required copyright notice. In this case, please send the best edition copy and a copy that the Copyright Office can view, for example, a ½" VHS videocassette.

## Exceptions to the Normal Deposit Requirement

### Special Relief

Where it is unusually difficult or impossible to comply with the deposit requirement for a particular motion picture, you may submit a written request for special relief from the normal requirement. The request, addressed to the *Chief of the Examining Division*, must state why you cannot provide the required copy and describe the nature of the substitute copy being deposited. This letter should be included with the registration material.

The decision to grant or deny special relief is based on the acquisitions policies and archival considerations of the Library of Congress and the examining requirements of the Copyright Office.

### Motion Picture Agreement

The Motion Picture Agreement establishes several alternative deposit procedures for published motion pictures. How well it serves a particular applicant depends on a number of factors, including the frequency of filing registrations. For detailed information, call the Motion Picture, Broadcasting, and Recorded Sound Division (MBRS) at (202) 707-5610, or write to:

> *Library of Congress*
> *MBRS*
> ATTN: *Reference Assistant*
> *101 Independence Avenue SE*
> *Washington, DC 20540-4805*

## Mandatory Deposit for Works Published in the United States

### Requirement Under Mandatory Deposit

The owner of copyright or the owner of the exclusive right of publication of a motion picture published in the United States has a legal obligation to deposit in the Copyright Office within 3 months of publication in the United States one complete copy of the best edition and a description of the work. Failure to deposit this copy after the Copyright Office demands it can result in fines and other penalties.

### Satisfying Mandatory Deposit Through Registration

Depositing the required copy with an application and fee for copyright registration simultaneously satisfies any mandatory deposit requirement for the motion picture. Satisfying the mandatory deposit requirement alone does not provide the benefits of copyright registration.

## The Motion Picture Collection at the Library of Congress

The Library of Congress is the nation's central collection of books, recordings, photographs, maps, audiovisual works, and other research materials. Many of the Library's acquisitions are obtained through copyright deposits. The material acquired by this means is critical to the Library's recognized success in maintaining superior and comprehensive collections.

Motion pictures form an essential part of the Library's holdings. As feature films, television programs, videos, and other audiovisual media become increasingly popular as a means of communication, education, and entertainment in our society, they also form a greater part of our historical record. The preservation facilities and bibliographic control provided by the Library ensure that many of these works will be available to future generations.

## Motion Pictures First Published Before 1978

*A registration on Form PA is no longer possible.* Works first published with notice before 1978 had an original 28-year term of copyright, and registration had to be made within that first term. It could then be renewed in the 28th year for an additional term. Legislation enacted in 1992 made renewal automatic for works copyrighted between January 1, 1964, and December 31, 1977, and made it possible to register such works during their renewal term provided they were published with an acceptable notice. Such registrations must be made on *Form RE with RE/Addendum*. See Circular 15, *Renewal of Copyright*, for more information.

### Deposit Requirement

To register a claim in a motion picture first published before 1978 on Form RE with RE/Addendum, deposit *one copy of the work as first published*, that is, one of the first prints or tapes made from the master and distributed. If that is not available, send a dubbed copy of the first published edition that displays the original copyright notice. See Circular 3, *Copyright Notice*, for notice requirements.

### *Form GATT*

Under a 1994 amendment to the U.S. copyright law pursuant to enactment of the Uruguay Round Agreements Act (URAA), copyright in certain foreign works that had previously been in the public domain (including those that had entered the public domain because of publication without the required notice) was restored as of January 1, 1996. Works whose copyrights have been restored may be registered on Form GATT. See Circular 38B, *Highlights of Copyright Amendments Contained in the Uruguay Round Agreements Act*, for more information.

## Effective Date of Registration

*A copyright registration is effective on the date the Copyright Office receives all the required elements in acceptable form*, regardless of how long it then takes to process the application and mail the certificate of registration. The time the Copyright Office requires to process an application varies, depending on the amount of material the Office is receiving and the personnel available. Additionally, it may take several days for mailed material to reach the Copyright Office and for the certificate of registration to reach the recipient.

If you apply for copyright registration, you will *not* receive an acknowledgement that your application has been received (the Office receives more than 600,000 applications annually), but you can expect:

- a letter or telephone call from a Copyright Office staff member if further information is needed;
- a certificate of registration to indicate the work has been registered; or
- if registration cannot be made, a letter explaining why it has been refused.

If you want to know when the Copyright Office receives your material, send it by registered or certified mail and request a return receipt from the post office. Allow 4–6 weeks for the return of your receipt.

## For Further Information

### *Information via the Internet*

Circulars, announcements, regulations, other related materials, and all copyright application forms are available from the Copyright Office website at *www.copyright.gov*.

### *Information by telephone*

For general information about copyright, call the Copyright Public Information Office at (202) 707-3000. The TTY number is (202) 707-6737. Staff members are on duty from 8:30 AM to 5:00 PM, eastern time, Monday through Friday, except federal holidays. Recorded information is available 24 hours a day. Or, if you know which application forms and circulars you want, request them 24 hours a day from the Forms and Publications Hotline at (202) 707-9100. Leave a recorded message.

### *Information by regular mail*

Write to:
   Library of Congress
   Copyright Office
   Publications Section
   101 Independence Avenue SE
   Washington, DC 20559-6000