# EXHIBIT B

# Copyright

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "don dinero"
Search Results: Displaying 3 of 29 entries



***Desahogo del alma.***

**Type of Work:** Music
**Registration Number / Date:** PA0001153391 / 2003-08-14
**Title:** Desahogo del alma.
**Appears in:** Que bola! Universal Music Latino 176 160 208-2, c2003. Compact disc
**Publisher Number:** Universal Music Latino 176 160 208-2
**Performer:** Performed by Don Dinero.
**Copyright Claimant:** Cuban Connection Publishing, Inc. & Jumping Bean Songs, LLC
**Date of Creation:** 2002
**Date of Publication:** 2002-08-22
**Authorship on Application:** words & music: Jose M. Guitian, 1969-, Domingo Ramos & Ivan Pabon Oyola (author of a work made for hire)
**Other Title:** Que bola!
**Names:** Dinero, Don
Guitian, Jose M., 1969-
Ramos, Domingo
Oyola, Ivan Pabon
Cuban Connection Publishing, Inc.
Jumping Bean Songs, LLC





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "don dinero"
Search Results: Displaying 6 of 29 entries



*Pana pana.*

**Type of Work:** Music
**Registration Number / Date:** PA0001153388 / 2003-08-14
**Title:** Pana pana.
**Appears in:** Que bola! Universal Music Latino 176 160 208-2, c2003. Compact disc
**Publisher Number:** Universal Music Latino 176 160 208-2
**Performer:** Performed by Don Dinero.
**Copyright Claimant:** Cuban Connection Publishing, Inc. & Jumping Bean Songs, LLC
**Date of Creation:** 2002
**Date of Publication:** 2002-08-22
**Authorship on Application:** Domingo Ramos; words & music: Jose M. Guitian, 1969-.
**Previous Registration:** Preexisting material: Where you at?
**Other Title:** Que bola!
Where you at?
**Names:** Dinero, Don
Ramos, Domingo
Guitian, Jose M., 1969-
Cuban Connection Publishing, Inc.
Jumping Bean Songs, LLC





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "don dinero"
Search Results: Displaying 5 of 1 entries

*Yo no se?*

|  |  |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001153389 / 2003-08-14 |
| **Title:** | Yo no se? |
| **Appears in:** | Que bola! Universal Music Latino 176 160 208-2, c2003. Compact disc |
| **Publisher Number:** | Universal Music Latino 176 160 208-2 |
| **Performer:** | Performed by Don Dinero. |
| **Copyright Claimant:** | Cuban Connection Publishing, Inc. & Jumping Bean Songs, LLC |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-08-22 |
| **Authorship on Application:** | words & music: Jose M. Guitian, 1969-, & Domingo Ramos. |
| **Other Title:** | Que bola! |
| **Names:** | Dinero, Don |
|  | Guitian, Jose M., 1969- |
|  | Ramos, Domingo |
|  | Cuban Connection Publishing, Inc. |
|  | Jumping Bean Songs, LLC |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page