```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

JOSE ORTIZ p/k/a JAO,

                    Plaintiff,              07 Civ. 3897

     -against-                               OPINION

GUITIAN BROTHERS MUSIC INC. and
OSCAR GUITIAN

                    Defendants.
------------------------------------X
```

**Sweet, D.J.,**

     The Defendants' motion, filed March 12, 2009, will be heard at noon on Wednesday, April 15, 2009, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

New York, NY
March 24, 2009

                                         ROBERT W. SWEET
                                             U.S.D.J.